EDWARD WARNE, Respondent, *v.* CATHERINE STANTON,
Appellant.

*Warne* v. *Stanton,* 12 App. Div. 623, affirmed.
(Submitted February 13, 1900; decided March 6, 1900.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
February 3, 1897, modifying and, as modified, affirming a
judgment in favor of plaintiff entered upon the report of a
referee.

*Richard Crowley* for appellant.

*Filkins & Coe* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON,
CULLEN and WERNER, JJ.

---

JAMES H. HENDRIE, Appellant, *v.* PETER KINNEAR,
Respondent.

*Hendrie* v. *Kinnear,* 15 App. Div. 625, affirmed.
(Submitted February 13, 1900; decided March 6, 1900.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the third judicial department, entered
March 3, 1897, affirming a judgment in favor of defendant
entered upon a decision of the Albany County Court on trial
without a jury.

*Edward J. Meegan* for appellant.

*Frederick E. Wadhams* for respondent.

Judgment affirmed, with costs, on opinion in same case in
84 Hun, 141.
Concur : PARKER, Ch. J.; GRAY, O'BRIEN, HAIGHT, CUL-
LEN and WERNER, JJ. Not sitting : LANDON, J.